IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL BRINK,                               Civil No. 06-1177-HO

       Plaintiff,                          JUDGMENT

  v.

Commissioner of Social Security,

       Defendant.

The decision of the Commissioner is affirmed.  This proceeding is dismissed.

DATED this __4th__ day of March, 2008.

                                            __s/ Michael R. Hogan__
                                            United States District Judge